■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH RICHMOND, True Name JEROME HALLOWAY, Appellant. —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Juviler, J.), imposed April 11, 1984.

Justice Mangano has been substituted for the late Justice Gibbons *(see,* 22 NYCRR 670.2 [c]).

Ordered that the sentence is affirmed. No opinion. Mollen, P. J., Lazer, Mangano and Kunzeman, JJ., concur.